ADAM PAUL LAXALT
Nevada Attorney General
JARED M. FROST
Senior Deputy Attorney General
Nevada Bar No. 11132
Office of the Attorney General
Bureau of Litigation
Public Safety Division
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
Phone: (702) 486-3177
Facsimile: (702) 486-3773
Email: jfrost@ag.nv.gov
*Attorneys for Defendants the State of Nevada, Robert Huston, and Robert Adams*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN HEUSNER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA, GREGORY COX, DIR. OF N.D.O.C., D.W. NEVEN, WARDEN, ET AL., C/O RICHARD ADAMS, C/O JERRY BAINBRIDGE, SGT. ROBERT HOUSTON,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-01845-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by and between Allen Heusner, Plaintiff Pro Se, and Defendants State of Nevada, Robert Huston, and Robert Adams, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, that

///

///

///

///

the above-captioned matter be dismissed with prejudiced, and that each party will bear their own attorney fees and costs.

DATED August 4, 2016.    DATED August 12, 2016.

ADAM PAUL LAXALT
Nevada Attorney General

*[signature]*                     By: *[signature]*
Allen Heusner                          Jared M. Frost
Plaintiff Pro Se                       Senior Deputy Attorney General
                                       Attorneys for Defendants


IT IS SO ORDERED.              DATED  August 16, 2016.


                               *[signature]*
                               UNITED STATES DISTRICT JUDGE

Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101-1068